# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**L.D.**,

    Petitioner,

v.

**UNITED STATES ATTORNEY GENERAL, et al.**,

    Respondents.

Case No. 7:18-CV-82 (HL)
28 U.S.C. § 2241

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 18). The Magistrate Judge recommends denying Petitioner's application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241.

Petitioner filed objections to the Recommendation. (Doc. 19). This Court has fully considered the record in this case and made a *de novo* determination of the portions of the Recommendation to which Petitioner objects. The Court finds Petitioner's objections unpersuasive and agrees with the Recommendation. Accordingly, the Recommendation is **ACCEPTED AND ADOPTED**. The Court **DENIES** Petitioner's application for federal habeas relief.

**SO ORDERED**, this the 2nd day of October, 2019.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks